UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRANSTON SCHOOL DISTRICT :
Plaintiff, :
: C.A. No. 06-
v. : CA 06 538 ML
Q.D., through hiS parents and next friends, :
Mr. And Mrs. D. :
Defendant :

COMPLAINT

1. Pursuant to the Individual with Disabilities Education Act (IDEA), 20 U.S.C. § 1415, this complaint is in the nature of an appeal of a decision of an impartial due process hearing officer.

2. Plaintiff, Cranston School District, is the local educational agency required by law to provide special education and related services to all children with disabilities who reside within the City of Cranston, Rhode Island.

3. Defendants are the parents Q.D., who both reside within the City of Cranston.[1]

4. Q.D. is a 10 year old student who has been diagnosed with various disabilities, including an Anxiety Disorder, ADHD, and a non-verbal learning disability, and is entitled to receive free appropriate special education and related services from the Plaintiff.

[1]Pursuant to federal regulation, the names of the parents and child are omitted to protect their right to confidentiality. See, *Jackie S. v. Connelly*, 442 F. Supp. 2d 503, 510 (S.D. Ohio 2006); Judicial Conference Privacy Policy.

5. In the summer of 2006, the parents of Q.D. removed their son from the Cranston Public Schools, and unilaterally placed him at the Wolf School, a private school located in East Providence RI.

6. On June 26, 2006, the parents filed a request for due process hearing, alleging that the Cranston Public Schools failed to provide FAPE to their child, and seeking reimbursement for the cost of the placement at the Wolf School.

7. Between August and September of 2006, several hearings were held with regard to the parents' complaint.

8. At the conclusion of these hearings, the hearing officer issued a decision, dated November 17, 2006, which decision is attached hereto as Exhibit A.

9. Said decision finds that Cranston failed to provide Q.D. with FAPE, that the Wolf School was an appropriate placement for Q.D, and orders the school district to reimburse the parents for the cost of the tuition at the Wolf School.

10. The hearing officer's decision that Cranston denied FAPE to Q.D., and that the private school placement was appropriate, is contrary to the facts and law, and is in violation of the IDEA.

WHEREFORE, Plaintiff respectfully prays that this Court find and order as follows:

1. That the hearing officer decision be reversed, and
2. Such other relief as this Court deems just and proper.

Plaintiff,
CRANSTON SCHOOL DISTRICT,
By its Attorney,

Gregory P. Piccirilli, Esq. #4582
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, Rhode Island 02920
Phone: (401) 946-4900
Fax: (401) 944-3250