**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRANSTON SCHOOL DISTRICT** | : | |
| **Plaintiff** | : | |
| | : | |
| | : | |
| | : | |
| **vs.** | : | **C.A. # 06-538 ML** |
| | : | |
| | : | |
| **Q.D., through his parents and next friends,** | : | |
| **Mr. and Mrs. D.** | : | |
| **Defendants** | : | |

**ANSWER OF DEFENDANTS TO PLAINTIFF'S COMPLAINT**

Now come the Defendants and answer the complaint of Plaintiff Cranston School District.

**FIRST DEFENSE**

1. Because Paragraph 1 contains a legal conclusion rather than factual allegations, the averments made are neither admitted nor denied.

2. Admitted.

3. Admitted.

4. Defendants neither admit nor deny the allegations regarding the precise diagnoses of Q.D., but leave Plaintiff to its proof. The remaining allegations are admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied.

WHEREFORE, Defendants pray that the Plaintiff's appeal of the due process hearing officer be upheld, and the Defendants be awarded attorney's fees and any and all other relief that this Honorable Court deems appropriate.

## **COUNTERCLAIM**

## **PRELIMINARY STATEMENT**

Defendants/Counterclaim Plaintiffs herein seek an award of reasonable attorney's fees incurred by them as prevailing parties in a Due Process Hearing filed pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.*.

## **JURISDICTION**

1. This is a complaint seeking an award of attorney's fees, pursuant to 20 U.S.C. § 1415. This Court has jurisdiction over this civil action pursuant to 20 U.S.C. § 1415 and 28 U.S.C. § 1331.

## **PARTIES**

2. Defendants/Counterclaim Plaintiffs are residents of Cranston, Rhode Island, where they reside with their son, Q.D.

3. Q.D. is a child with disabilities within the meaning of the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1400 *et seq*.

4. The Cranston School District is a local education agency within the meaning of 20 U.S.C. § 1401(19)

## **FACTUAL ALLEGATIONS**

5. On or about June 26, 2006, Plaintiffs/Counterclaim Defendants filed a Request for Impartial Due Process Hearing. Said hearing was requested pursuant to 20 U.S.C. § 1415(b)(7).

6. The Plaintiffs/Counterclaim Defendants retained an attorney to represent them in preparing for, attending, and negotiations concerning said Due Process Hearing.

7. The attorney retained by the parents did prepare for, attend, and participate in negotiations concerning the issues in the Due Process hearing.

8. The Due Process proceeding was resolved by a Decision dated November 17, 2006, which Decision ruled in favor of the parents, concluding that the Defendant School District had failed to offer Q.D. a free appropriate public education, and ordering the school district to reimburse the parents for the cost of the tuition at the Wolf School, and also to provide transportation to the Wolf School.

9. As a result of said Decision, the Plaintiffs were the prevailing parties in the Due Process proceedings.

10. The Plaintiffs have incurred attorney's fees in the amount of $20,287 and costs in the amount of $1477 in connection with said Due Process Hearing. As prevailing parties, they seek reimbursement of said attorney's fees and costs from the Defendants, pursuant to 20 U.S.C. § 1415(i)(3)(B). Plaintiffs are continuing to incur attorney's fees and costs in connection with the Complaint herein filed in the United States District Court for the District of Rhode Island, and they seek reimbursement of said attorney's fees as well.

WHEREFORE, Defendants/Counterclaim Plaintiffs pray as follows:

1. That this Court enter judgment against the Plaintiffs/Counterclaim Defendants for (1) the sum of $21,764, plus interest; (2) the costs of this action, including but not limited to reasonable attorneys' fees for the prosecution of this action;

2. That this Court set a reasonable deadline by which the Plaintiffs/Counterclaim Defendants must pay said fees and costs; and

3. That this Court grant such additional relief as it deems just.

Defendants/Counterclaim Plaintiffs,
By Their Attorneys

/s/ Mary Ann Carroll
Mary Ann Carroll #6664
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 2, 2007
macarroll@smrobinsonlaw.com

/s/ Vicki J. Bejma
Vicki J. Bejma, #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 2, 2007
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on January 4, 2007 I sent a true copy of the within by electronic filing to all of the parties below:

Gregory P. Piccirilli, Esq.
Sciacca & Piccirilli
121 Phenix Avenue
Cranston, RI 02920

/s/ Vicki J. Bejma