**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRANSTON SCHOOL DISTRICT** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 06-538 ML** |
| **v.** | : | |
| | : | |
| **Q.D., through hiS parents and next friends,** | : | |
| **Mr. And Mrs. D.** | : | |
| | : | |
| **Defendant** | : | |

**ANSWER TO DEFENDANT'S COUNTERCLAIM**

1. Paragraph 1 contains a legal conclusion rather than factual allegations, such that no responsive pleading is required.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Neither admit nor deny whether Defendant's attorney engaged in any "negotiations" concerning the issues in the due process hearing, but leave Defendants to their proof.
8. Admitted.
9. Denied, since the decision of the hearing officer has been appealed, and the proceedings in this matter have not concluded.
10. Denied.

WHEREFORE, Plaintiff respectfully prays that this Court deny and dismiss Defendants' Counterclaim.

Plaintiff,
CRANSTON SCHOOL DISTRICT,
By its Attorney,

/s/ Gregory P. Piccirilli, Esq. #4582
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, Rhode Island 02920
Phone: (401) 946-4900
Fax: (401) 944-3250

**CERTIFICATION**

I hereby certify that on January 8, 2007, I sent a true copy of the within by electronic filing to the following:

Mary Ann Carroll, Esq.
The Law Offices of Stephen M. Robinson
155 South Main St., Suite 402
Providence, RI 02903
macarroll@smrobinsonlaw.com

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main St., Suite 402
Providence, RI 02903
vbejma@smrobinsonlaw.com

/s/ Gregory P. Piccirilli