**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRANSTON SCHOOL DISTRICT**<br>**Plaintiff** | : | |
| **vs.** | : | **C.A. # 06-538 ML** |
| **Q.D., through his parents and next friends, Mr. and Mrs. D.**<br>**Defendants** | : | |

**MOTION TO ENFORCE "STAY-PUT" PURSUANT TO 20 USC § 1415(j)**

NOW come Defendants Q.D., by and through his parents, Mr. and Mrs. D., and moves that this Honorable Court issue an Order enforcing Q.D.'s right to "stay put" pursuant to 20 U.S.C. § 1415(j). In support of their Motion, Defendants rely upon the attached Memorandum, made a part hereof.

Defendants,
By Their Attorneys

/s/ Mary Ann Carroll
Mary Ann Carroll #6664
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 22, 2007
macarroll@smrobinsonlaw.com

No objection having been filed, the Motion is GRANTED.
Mary M. Lisi
USDJ
2/15/07

/s/ Vicki J. Bejma
Vicki J. Bejma, #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 22, 2007
vbejma@smrobinsonlaw.com