**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRANSTON SCHOOL DISTRICT** **Plaintiff** | : | |
| **vs.** | : | **C.A. # 06-538 ML** |
| **Q.D., through his parents and next friends, Mr. and Mrs. D.** **Defendants** | : | |

**DEFENDANTS/COUNTERCLAIM PLAINTIFFS' RULE 16 STATEMENT**

This matter came before this Honorable Court on Plaintiff's Appeal of the Decision of a Special Education Due Process Hearing Officer issued pursuant to the provisions of Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq*. In their initial Request for Due Process, Defendants/Counterclaim Plaintiffs had alleged that Plaintiff had failed to provide their son, Q.D., with a free and appropriate education in accordance with the IDEA, and requested that Plaintiff be required to fund Q.D.'s unilateral placement at The Wolf School. The Hearing Officer's November 17, 2006 Decision found that the Plaintiff had in fact failed to provide Q.D. with a free and appropriate education, and that The Wolf School was an appropriate placement. Accordingly, the Decision order that Plaintiffs fund said placement.

Plaintiff filed an appeal of the Hearing Officer's Decision. Defendants have filed a Counterclaim seeking their attorney's fees and costs as prevailing parties in accordance with 20 U.S.C. § 1415(i)(3)(B). Because Defendants/Counterclaim Plaintiffs obtained all or virtually all of the relief that they sought, they clearly are prevailing parties and therefore qualify for an award of attorney's fees and costs.

Defendants/Counterclaim Plaintiffs,
By Their Attorneys,

/s/ Mary Ann Carroll
Mary Ann Carroll #6664
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 28, 2007
macarroll@smrobinsonlaw.com

/s/ Vicki J. Bejma
Vicki J. Bejma, #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 28, 2007
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on February 28, 2007 I sent a true copy of the within by electronic filing to all of the parties below:

Gregory P. Piccirilli, Esq.
Sciacca & Piccirilli
121 Phenix Avenue
Cranston, RI 02920

/s/ Vicki J. Bejma