UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRANSTON SCHOOL DISTRICT
Plaintiff,

v. CA NO. 06-538ML

Q.D., through his parents and next friends, Mr. and Mrs. D.
Defendant.

PRETRIAL ORDER

Pursuant to the Rule 16 Conference held today in Chambers on March 8, 2007:

Plaintiff in this matter shall file electronically its Motion for Summary Judgment within thirty (30) days of today's date.

Defendant shall have thirty (30) days thereafter within which to file electronically his response.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
**March 8, 2007**

Entered as an Order of this Court on **March 8, 2007**

Deputy Clerk