**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRANSTON SCHOOL DISTRICT** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 06-538 ML** |
| **v.** | : | |
| | : | |
| **Q.D., through his parents and next friends,** | : | |
| **Mr. And Mrs. D.** | : | |
| | : | |
| **Defendant** | : | |

**PARTIES' JOINT MOTION TO ENLARGE TIME**
**TO SUBMIT MEMORANDA OF LAW**
**IN SUPPORT OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, Cranston School District, and Defendant, Q.D., hereby move this Court for a brief extension of time within which to submit their respective cross-motions and memoranda in support of summary judgment. Pursuant to the pre-trial order entered March 8, 2007, Plaintiff's motion and memorandum are due within thirty days, or April 9, 2007; and Defendant's motion and memorandum are due thirty days thereafter.

Due to the holiday weekend upcoming, Plaintiff requests a brief extension until April 16, 2007, and Defendant shall have thirty days thereafter to reply.

Plaintiff,
CRANSTON SCHOOL DISTRICT,
By its Attorney,

/s/ Gregory P. Piccirilli, Esq.
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, Rhode Island 02920
gregory@splawri.com

Defendant,
Q.D.
By his attorney

/s/ Mary Ann Carroll
The Law Offices of Stephen M. Robinson
155 South Main St., Suite 402
Providence, RI 02903
macarroll@smrobinsonlaw.com