**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRANSTON SCHOOL DISTRICT** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. # 06-538 ML** |
| | : | |
| **Q.D., through his parents and next friends,** | : | |
| **Mr. and Mrs. D.** | : | |
| **Defendants** | : | |

**REPLY MOTION TO ENFORCE "STAY-PUT" PURSUANT TO 20 USC § 1415(j)**

This matter comes before this Honorable Court on Defendants' Motion to Enforce "Stay-Put" Pursuant to 20 USC § 1415(j). The Cranston School District, in turn, has filed its Objection and Supporting Memorandum. The Defendants file this Reply Memorandum in order to briefly address several points raised in the District's Objection and Memorandum.

In the first instance, the District misinterprets MM v. School District of Greenville County, 303 F.3d 523 (4th Cir. 2002). That case does not in any way discuss the issue of "stay put" during the pendency of an appeal. Even if "stay put" did not apply, it is also worthy of note that the District has not fulfilled its obligations to offer the Defendants a FAPE. The District has not developed an adequate IEP at all. Instead, all that the District has done is send a letter offering to place Q.D. at the Cranston Public Schools. (Exhibit A.) That itself was improper, as placement decisions are not to be made until decisions are made regarding the educational services that the child will receive. *See* Spielberg v. Henrico County Public Schools, 853 F.2d 256, 259 (4th Cir. 1988). Because the District has not even begun to devise an adequate IEP, the District cannot claim that it has offered Defendants FAPE in lieu of the "stay-put" placement at Wolf.

The District having raised no valid objection to the Defendants' Motion to Enforce, said Motion should be GRANTED.

Defendants,
By Their Attorneys

/s/Mary Ann Carroll
Mary Ann Carroll#6664
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
November 6, 2007
macarroll@smrobinsonlaw.com

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
November 6, 2007
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, herby certify that on November 6, 2007 I sent a true copy of the within by electronic filing to all of the parties below:

Gregory P. Piccirilli, Esq.
Sciacca & Piccirilli
121 Phenix Avenue
Cranston, RI 02920

/s/ Vicki J. Bejma