# CRANSTON PUBLIC SCHOOLS

SPECIAL EDUCATION OFFICE
J. W. HORTON SCHOOL
1196 PARK AVENUE
CRANSTON, RHODE ISLAND 02910

**ANN-MARIE ZODDA**
DIRECTOR OF SPECIAL EDUCATION


October 19, 2007

Mary Ann Carroll
The Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903-7115

RE: Quinn Deschenes DOB: 3/9/96

Dear Ms. Carroll:

Due to the significance of the concerns Cranston Public Schools has with the above-named student's placement at the Wolf School, it is once again necessary to document events to date and areas of concern.

The student's Annual IEP effective dates are November 2005 through November 2006. As you are aware, although Cranston Public Schools made several attempts to work cooperatively with Wolf School professionals to schedule an Annual IEP for the student, an IEP was not developed during the 2006-2007 school year. The school department's concerns, in regard to this issue were formally documented in the September 17th letter, this office forwarded to your office and copied to the Wolf School Director of Admissions.

The letter also documented Cranston Public Schools (CPS) concerns in regard to progress monitoring. CPS did not receive copies of the annotated goal pages, documenting the student's quarterly progress on the IEP goals/objectives, as required by law. In regard to the lack of progress monitoring, CPS arranged to have an educational evaluation completed. Although the process to obtain parental consent to complete the educational evaluation was initiated April 2007, CPS was not able to complete the evaluation until June 1, 2007. Upon completion of the evaluation, CPS made several attempts to contact Wolf School personnel to schedule an Annual IEP Conference through June, July and August. On August 30th Jessica Robins contacted this office and explained an IEP could not be developed over the summer; personnel would not be available until after Labor Day. The school department's request to schedule an IEP Conference for the first week of September was denied, and professionals from Wolf School did not schedule the Annual IEP Conference until October 11, 2007.

You and I attended the October 11th Conference with the parent, and the following professionals:

- Gregory Piccirilli, Attorney, CPS
- Carolyn Lepore, Assistant Director of Special Education, CPS
- Rosaline Granoff, Director of Admissions, Wolf School
- Janice Allwein, Grade 6 General Education Teacher, Wolf School
- Constance Messier, Occupational Therapist, Wolf School
- Amy Pandolfo, Speech-Language Pathologist, Wolf School
- Jodi Curie (student observing meeting)

**Cranston Public Schools has concerns in the following areas:**

1. Professional Members of IEP Team
2. Student's Current Academic Performance Levels
3. Annual Goals/Objectives of IEP
4. Service Delivery
5. Special Education Program as Documented on IEP Service Page

**1. Professional Members of IEP Team**

- Although several attempts were made by you and personnel from the Wolf School to justify IEP Team participation and pending certifications, there was not a certified special education teacher participating in the development of the student's IEP.
- The student's classroom teacher does not hold special education certification.
- The speech-language pathologist and the occupational therapist are the only certified personnel working with student.
- Although the student has documented social/emotional needs, there was no social worker and/or psychologist participating in the IEP Conference.

**2. Student's Academic Performance Levels**

- The parent requested a copy of the educational evaluation completed on June 1, 2007. The parent, in turn, forwarded the evaluation to Wolf School professionals.
- The individual educational evaluation clearly indicates *significance regression* in all academic functioning areas. However, the draft IEP goals and objectives did not reflect current levels of performance as documented on the educational evaluation
- The Wolf School occupational therapist stated standardized testing information was not valid because the student performs best when he is assessed during a one-to-one testing session. It was explained to the therapist the June 1st *individual*

*educational evaluation* was completed by a veteran CPS diagnostic prescriptive teacher, familiar with the student, during a one-to-one testing session.

- Ms. Granoff compared the student's performance on the formal educational assessments in an attempt to rationalize current levels of performance. Ms. Granoff utilized grade equivalents to make the educational comparisons. Utilizing this mechanism there are no academic gains.
- Ms. Lepore, a veteran diagnostic prescriptive teacher explained this is an inappropriate mechanism of comparison. The comparison needs to be completed utilizing the percentile scores or the standard scores. When the performance comparison is made utilizing the appropriate mechanism, it is clear the student has significantly regressed in all academic areas.
- Although Wolf School professionals claim the student is functioning on a much higher academic level than the individualized educational evaluation documents, professionals were unable to produce a single piece of physical evidence to support this claim.
- When the student was enrolled in a CPS special education program, both you and the parent were deeply concerned in regard to student's performance on individualized formal assessments when completed by the school department in March 2005 and by the Neurodevelopmental Center in February 2006. Both the March 2005 evaluation and the February 2006 evaluation clearly indicated the student was maintaining academic levels. At that time, you were concerned with the lack of appropriate educational progress as indicated on individualized educational evaluations. These concerns were still present when the CPS special education teacher produced evidence the student was performing on slightly higher levels than standardized testing indicated.
- At this time, both you and the parent are completely unconcerned with academic functioning documented on the current individualized educational evaluation. At the same time, you are willing to accept completely unsubstantiated academic levels.

**3. Annual Goals/Objectives of IEP**

- All the draft educational goals and objectives were written by the speech-language pathologist and the occupational therapist.
- Present levels of performance were not evident at all, or inadequate in regard to clearly describing student's current levels of functioning. Objectives in all areas were nonspecific and not measurable.
- The general educational teacher was unable to adequately describe current levels of performance. Inaccurate and/or contradictory information was provided both verbally and in writing. For example, the reading goal present level of student performance, "Quinn is reading at a 4th grade level." No evidence was provided to support the student's present level of functioning.

- The first reading objective "Quinn will read grade level appropriate words in connected text (curriculum bases)." When questioned the classroom teacher's response was the reading material was on grade 6 level and on the student's reading level grade 4. She did not seem to have an operative understanding of leveled readers. The content (subjects, themes, topics) of the reading material is grade 6 appropriate. However, the student's actual reading books and/or materials are on a 4th grade reading level.
- Annual goals areas are not broken down. For example, there is a single reading goal with five objectives. Four objectives are comprehension objectives and one objective indicates the student will read grade level words. There is not a goal or any objectives in regard to reading skills.
- Although math is a significant area of weakness for the student, there is only a single math goal with four objectives. Math is not broken down into math skills and problem solving Math objectives are extremely nonspecific. For example, "Quinn will develop functional math skills relating to time (analog), calendar, and money. On the draft IEP no written information is provided in regard to the present level of functioning in any of these areas. Professionals could not provide any physical evidence of functioning in any of the areas, nor give an adequate verbal explanation when questioned.
- The general education teacher is the service provider for the social communication goal/objectives. A certified psychologist and/or social worker should be providing direct service in this area.
- Performance criteria in several areas has been reduced in comparison to CPS November 2005-2006 IEP.
- Not all objective evaluation procedures are appropriate (conferencing)
- Draft IEP indicates objective evaluation procedures include: written performance, writing samples, portfolio, and data collection. However, professionals did not provide any student performance evidence collected from 2006-2007 school year to support current levels of performance or to support student performance information is collected at all.
- The draft IEP written by Wolf professionals when compared to November 2005-2006 inadvertently documents a significant lack of educational progress.

**4. Service Delivery**

- A general educational teacher is responsible for the classroom management goal/objectives, the reading goal/objectives, the math goal/objectives, the social communication goal/objectives, and the written expression goal/objectives.
- The speech-language pathologist is responsible for receptive language goal/objectives. However, only one of the seven objectives is a receptive language objective. Four of the objectives are reading comprehension objectives

and could/should be included under the reading goal. Two of the objectives may be addressed by a special educator and/or a speech-language pathologist.

- The occupational therapist is responsible for Written Communication goal/objectives and the Sensory Processing goal/objectives. Although the occupational therapist is the sole service provider, many of the objectives could/should be shared by a special education teacher. For example, "Quinn will transfer documents from the Alpha Smart into Microsoft Word and edit for formation, capitalization, and punctuation" or "Quinn will willingly accept a suggestion for a sensory support from the teacher and utilize that support" or "Quinn will independently access an appropriate sensory support."

**5. Special Education Program as Documented on IEP Service Page**

- The service page of IEP (PPS 18-7) indicates "Regular Education/ Self–Contained Classroom" for 5.5 hours per day. However, there is not a special education teacher servicing student.
- The service page indicates direct speech-language services for 1 hour per day and direct occupational therapy services for 1 hour day. This is a total of 2 hours of related services per day. However many of the objectives could be addressed by a special educator.
- There is no social worker or psychologist listed as a direct service provider.

As you are aware, it was necessary to end the Annual IEP Conference prior to finalizing an Annual IEP. Wolf school professionals determined an October IEP Conference date would provide Wolf staff with an adequate amount of time to develop an appropriate educational plan. However this was clearly not the case, the student's current level of functioning as evidenced by an individual educational evaluation had not been taken into consideration when draft document was developed. Service providers were unable to produce physical evidence to support student educational performance claims. The draft IEP was not in Team review condition.

You and the parent rightfully held CPS professional staff to a high standard of performance. However, it appears you do not hold the Wolf professional staff to any performance criteria. When the student was enrolled in CPS you were extremely concerned with lack of student academic progress. Now, you are not concerned with significant educational regression.

At this time, Cranston Public Schools is formally offering a special education program placement at Western Hills Middle School. All goals and objectives can and will be addressed at Western Hills by certified staff. The Western Hills certified staff who are able to implement the goals and objectives of IEP are a special education teacher, a speech-language pathologist, an occupational therapist, a social worker and/or a school

psychologist. The current service model has not proven to be successful. Therefore, it will not be problematic to adjust direct service providers in regard to service provision roles and responsibilities.

Very truly yours,

Ann-Marie Zodda
Director of Special Education

C: Gregory Piccirilli, Esq.
Mr. and Ms. Michael Deschenes, Parents
Rosaline I.R. Granoff, Director of Admissions Wolf School