**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CRANSTON SCHOOL DISTRICT** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. # 06-538 ML** |
| | : | |
| **Q.D., through his parents and next friends,** | : | |
| **Mr. and Mrs. D.** | : | |
| **Defendants** | : | |

**DEFENDANT, Q.D., through his parents and next friends, Mr. and Mrs. D. RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S MEMORANDUM AND ORDER GRANTING MOTION TO ENFORCE "STAY PUT"**

This is a response to the Plaintiff's Objection to Magistrate Judge Martin's Order directing that the Cranston School District continue to pay the tuition for the Wolf School placement by the parents, for the first half of the 2007-08 school year. The parents ask that the Court uphold that Order.

In both Cranston's oral argument and objection to the order, Cranston has indicated to the Court that the parents have failed to bring any challenge to the school district's proposal. However, the school district never held an IEP meeting, never developed an IEP or on the basis of that IEP suggested a public school placement. What Cranston did do was object to the IEP proposed by the team at the Wolf School, state that they could do better, and in a letter from the Director, offer the child a placement back in Cranston. The parents have no IEP to challenge.

Cranston is also once again arguing that a stay put provision in only valid during the year in which the IEP was challenged. Yet as Magistrate Judge Martin explained in

his memorandum there is no relevant case law that supports that interpretation. He further stated that "there is a substantial body of case law which indicates (or at the very least strongly suggests) that the obligation continues until the challenge to the hearing officer's decision is resolved." Cranston School District v Q.D. Motion & Order Granting Motion to Enforce Stay-Put.

Therefore for the reasons as stated in Magistrate Judge Martin's Motion & Order Granting Motion to Enforce Stay-Put and for the fact that there is no program developed in the District for the parents to challenge, this order should be upheld.

Defendants,
By Their Attorneys

/s/ Mary Ann Carroll
Mary Ann Carroll #6664
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 24, 2008
macarroll@smrobinsonlaw.com