# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CRANSTON SCHOOL DISTRICT

**v.** **C.A. NO: 06-538ML**

**Q.D, through his parents and next friends, Mr. & Mrs. D.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the defendants, Q.D. through his parents and next friends, Mr. & Mrs. D., against the Plaintiff, Cranston School District, pursuant to the Memorandum and Order dated September 8, 2008 accepting in part the Report and Recommendation of Magistrate Judge David L. Martin dated January 24, 2008 pursuant to Title 28 U.S.C. § 636(b)(1). The plaintiff's for Summary Judgment is DENIED and the decision of the hearing officer is affirmed. The defendant's Motion to "Stay Put" pursuant to 20 U.S.C. § 1415(j) is GRANTED. Further, the plaintiff is ordered to reimburse Q.D.'s parents for private school tuition for the full 2007-2008 school year.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: September 8, 2008**